In the Matter of the Claim of LARNEY WERNER, Respondent, against PSATY & FUHRMAN, INC., and STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for total temporary disability. Claimant was employed as a bricklayer. While stooping down to pick up a brick he sustained an injury to his back. The question at issue is whether he sustained an accident. The Industrial Board has so found and there is some evidence to sustain the finding. Award affirmed, with costs to the State Industrial Board. Hill, P. J., Crapser, Schenck and Foster, JJ., concur; Bliss, J., dissents.